

# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION<br>  CHIEF JUSTICE<br>KAREN ANGELINI<br>MARIALYN BARNARD<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>IRENE RIOS<br>  JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.TXCOURTS.GOV/4THCOA.ASPX | KEITH E. HOTTLE,<br>CLERK OF COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

October 31, 2017

Samuel Chacon Menchaca, Jr.
TDCJ #02100131
Garza West Unit
4520 Highway 202
Beeville, TX 78102

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett Street
Kerrville, TX 78028
\* DELIVERED VIA E-MAIL \*

Lucy Wilke
District Attorney - 216th Judicial District
200 Earl Garrett Street, Suite 202
Kerrville, TX 78028
\* DELIVERED VIA E-MAIL \*

RE:  Court of Appeals Number:  04-16-00775-CR, 04-16-00776-CR
Trial Court Case Number:  A15427, A15428
Style:  Samuel Chacon Menchaca, Jr.
v.
The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on December 12, 2017, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Marialyn Barnard, and Justice Luz Elena D. Chapa.

Very truly yours,

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice